| Prob 22 (2/98) | | DOCKET NUMBER (Tran Court) 4:03CR00070-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec Court) 2:06cr225-MHT |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: David Gene McKenzie 1705 CR#4419 Brundidge, AL 36010 | DISTRICT Northern District of Mississippi | DIVISION Eastern **FILED** SEP 0 7 2006 ...COYLE, CLERK D. Adams Deputy |
|---|---|---|
| | NAME OF SENTENCING JUDGE Glen H. Davidson | |
| | DATES OF PROB/TSR RELEASE | FROM 2/10/06  TO 2/9/09 |

**OFFENSE**

Bribery of Public Officials and Witnesses and Conspiracy to Defraud the Government with Respect to Claims

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5-11-06
Date

*signature*
United States District Judge

\* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Alabama

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/19/2006
Date

*signature*
United States District Judge

CERTIFYING STAMP
I hereby certify that the foregoing is a true copy of the original thereof now in my office.
Attest  9-13-06
Arlen B. Coyle, Clerk
By  D. Adams
Deputy Clerk